IIah;, Jndgc,
 

 delivered the Court’s opinion.
 

 This case very much resembles that of
 
 Tate
 
 v.
 
 Green lee’s adm’r,
 
 decided this term.
 

 It is a motion to dismiss the bill — thirty-five years or thereabouts, having elapsed from the death of Gilbraith Falls, Complainants’ father, until the time of filing it. It appears that at the time of Gilbraith Falls’ death, that the Complainants were infants ; that some of them, (his daughters) married in their infancy ; that their husbands are yet living. They further state, that a negro woman by the name of Flora, now the mother of several children, was part of the estate of their
 
 father;
 
 that division was never made of her amongst the
 
 distributees;
 
 and that the reason why they did not bring suit sooner, was, that they had reason to believe that Hugh Torrance, who had married their mother, who was the ad-ministratrix of their father’s estate, would have directed the said negroes to bo delivered up to them at his death, so that the bill is not brought for a general settlement only, but for a division of the negroes thus pointed out. For these reasons, we think the bill ought not to he dis missed,